**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

2007 JAN 30 PM 2:00

U.S. DIST. COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| JOSEPH W. CHAMBERS | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 1:97-0054** |
| | ) | **Judge HAYNES** |
| vs. | ) | |
| | ) | **Jury Demand** |
| SATURN CORPORATION | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO ALTER COURT'S JUDGMENT OF JANUARY 18, 2007 DISMISSING PLAINTIFF'S CASE OR IN THE ALTERNATIVE ASKING THE COURT TO RECONSIDER ITS JANUARY 23, 2007 ORDER

Pursuant to Rule 59 and 60 of the Federal Rules of Civil Procedure, the Plaintiff would ask that the Court to reconsider its order dismissing Plaintiff's case. In support of this request, the Plaintiff would submit his attached affidavit which addresses the Court's concerns outlined in its January 23, 2007 order.

**JOSEPH W. CHAMBERS**
**838 Iris Lane**
**Clarksville, TN 37042**

Jannie M. Lovett
Notary @ Large
Exp Nov. 19, 2008

1-30-07

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been sent via mail on January 29, 2007 to:

Waverly Crenshaw, Jr.
511 Union Street, Suite 2700
Nashville, TN 37219

1·30·07

Jammie M. Lovett
Notary Public,
Exp. Nov 19, 2008